UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CECILIA K. GULAS,

                Plaintiff,

      -against-

TARIQ KHAN,

                Defendant.

24-CV-4641 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*. On November 13, 2024, the Court dismissed the action and noted that Plaintiff had filed multiple cases dismissed as frivolous or otherwise nonmeritorious and had been previously warned twice that further nonmeritorious filings may result in a filing injunction. (ECF 6.) The Court therefore ordered Plaintiff, within thirty days, to show cause by declaration why she should not be barred from filing further actions *in forma pauperis* ("IFP") in this court without prior permission. Plaintiff has not filed a declaration as directed. Accordingly, the bar order will issue.

## CONCLUSION

    The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of her proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment dismissing this action for the reasons stated in the November 13, 2024 order of dismissal (ECF 6).

SO ORDERED.

Dated: January 8, 2025
       New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                           Chief United States District Judge