UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CECILIA K. GULAS,<br><br>       Plaintiff,<br><br>  -against-<br><br>TARIQ KHAN,<br><br>       Defendant. | 24-cv-4641 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 13, 2024, order, The Court dismisses the complaint for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 14, 2025
     New York, New York

                 /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge